Patrick E. Bradley (*pending pro hac vice*)
Email: pbradley@reedsmith.com
Gregory D. Speier (*pending pro hac vice*)
Email: gspeier@reedsmith.com
**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, NJ  08540
Telephone: +1 609 987 0050
Facsimile:  +1 609 951 0824

Matthew T. Peters (SBN 256379)
Email: mpeters@reedsmith.com
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone: + 1 415 543 8700
Facsimile: + 1 415 391 8269

Attorneys for Defendant
Cirrus Design Corporation d/b/a Cirrus Aircraft

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HANNAH A. ANDERSON, a minor by and through her guardian, Robert J. Heldt, Jr.; CAILEY ANDERSON, an individual; CHRISTIAN SIMONSEN JR., an individual; DANIEL SIMONSEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CIRRUS DESIGN CORPORATION dba CIRRUS AIRCRAFT, a Corporation; CONTINENTAL MOTORS, INC. a Corporation; CONTINENTAL AEROSPACE TECHNOLOGIES, a Corporation; WEST VALLEY FLYING CLUB, a Corporation, MAX TRESCOTT, an Individual; TIERRE GRANDE AVIATION, LLC, a Limited Liability Company; ESTATE OF CHRISTIAN C. SIMONSEN, an Estate; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 03-20-08035-WHA<br><br>**DEFENDANT CIRRUS DESIGN CORPORATION DBA CIRRUS AIRCRAFT'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Cirrus Design Corporation d/b/a Cirrus Aircraft hereby certifies that:

1) Cirrus Industries, Inc. is the parent corporation of Cirrus Design Corporation; and

2) No publicly held corporation owns more than ten percent of the stock of Cirrus Design Corporation or more than ten percent of the stock of Cirrus Industries, Inc.

DATED:  December 4, 2020          REED SMITH LLP

By     /s/ *Matthew T Peters*
Patrick E. Bradley
Gregory D. Speier
Matthew T. Peters
Attorneys for Defendant
Cirrus Design Corporation
d/b/a Cirrus Aircraft